MARC J. FAGEL (Cal. Bar No. 154425)
JUDITH L. ANDERSON (Cal Bar No. 124281)
  andersonj@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  CV 07-6122 (HRL) |
| Plaintiff, | |
| v. | NOTICE OF ADMINISTRATIVE MOTION |
| CARL W. JASPER, | |
| Defendant. | |

NOTICE ADMINISTRATIVE MOTION RE
RELATED CASES

1    Plaintiff Securities and Exchange Commission (the "Commission") hereby informs the Court

2  that on December 7, 2007, it filed an administrative motion to determine whether this matter is

3  related to *SEC v. Maxim Integrated Products et al.*, CV 07-6121 HRL.  A copy of the administrative

4  motion is attached hereto as exhibit A.

5

6  DATED:  December 7, 2007                    Respectfully Submitted,

7

8                                             /s/ Mark P. Fickes
9                                             Mark P. Fickes
                                              Attorney for Plaintiff
10                                            SECURITIES AND EXCHANGE COMMISSION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **<u>EXHIBIT A</u>**



MARC J. FAGEL (Cal Bar No. 154425)
JUDITH L. ANDERSON (Cal Bar No. 124281)
 andersonj@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
 fickesm@sec.gov
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 schneidere@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 07-6121 (RMW) |
| Plaintiff, | |
| vs. | ADMINISTRATIVE MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION CONCERNING WHETHER CASES SHOULD BE RELATED |
| MAXIM INTEGRATED PRODUCTS, INC. and JOHN F. GIFFORD, | |
| Defendants. | |

1    Plaintiff Securities and Exchange Commission (the "Commission") hereby moves this

2  Court, pursuant to Local Rule 3-12, to determine whether the instant case is related to a case also

3  filed in the Northern District of California on December 4, 2007, entitled *SEC v. Carl W. Jasper*,

4  CV 07-6122 HRL ("*SEC v. Jasper*").  In accordance with Local Rule 3-12, the Commission is

5  filing this administrative motion because it believes that *SEC v. Jasper* meets the criteria for being

6  deemed related to this action.  Both cases involve various allegations of fraud related to stock

7  options granted at Maxim Integrated Products, Inc. and violations of the federal securities laws.

8    In the instant case, Maxim Integrated Products, Inc. ("Maxim") and John F. Gifford have

9  consented to the entry of judgments against them.  The proposed judgment and both defendants'

10  consents were filed concurrently with the summons and complaint.  *SEC v. Jasper* is a litigated

11  matter.

12    Counsel for the Commission has notified counsel for all parties in the instant case and *SEC*

13  *v. Japer* that the Commission intended to file this administrative motion.  Counsel for all parties

14  will also be served with a copy this administrative motion.

15

16  Dated:  December 7, 2007                    Respectfully submitted,

17

18                                             /s/ Mark P. Fickes
                                               Mark P. Fickes
19                                             Attorney for Plaintiff
                                               SECURITIES AND EXCHANGE COMMISSION
20

21

22

23

24

25

26

27

28