MARC J. FAGEL (Cal. Bar No. 154425)
JUDITH L. ANDERSON (Cal Bar No. 124281)
  andersonj@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 07-6122 (HRL) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| CARL W. JASPER, | |
| Defendant. | |

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party or counsel to a party in this action. On December 7, 2007, I served:

**NOTICE OF ADMINISTRATIVE MOTION**

I served a true and correct copy via Federal Express, marked for next business day delivery, with shipping fees provided for, addressed to the following:

   Steven Bauer, Esq.
   Latham & Watkins
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
   Counsel for Carl W. Jasper

1
2    I declare under penalty of perjury that the foregoing is true and correct.

3    Executed at San Francisco, California on December 7, 2007.

4

5                                                          *Janet L. Johnston* (signed)
     Janet L. Johnston

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28