MARC J. FAGEL (Cal. Bar No. 154425)
JUDITH L. ANDERSON (Cal Bar No. 124281)
  andersonj@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CARL W. JASPER,<br><br>Defendant. | Case No.  CV 07-6122 (HRL)<br><br>PROOF OF SERVICE ON DEFENDANT<br>CARL W. JASPER |

Plaintiff Securities and Exchange Commission hereby files proof of service of the summons and complaint and other items on Defendant Carl W. Jasper in this action.

Respectfully Submitted,

DATED:  December 17, 2007          /s/ Erin E. Schneider
                                                          Erin E. Schneider
                                                          Attorney for Plaintiff
                                                          SECURITIES AND EXCHANGE COMMISSION

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE Dec. 6, 2007 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER    Janet L. Johnston | TITLE Paralegal Specialist |
|---|---|

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☒    Other *(specify)*:  By prior agreement of counsel for defendant Carl W. Jasper (See Attachment A), the complaint and papers specified in Attachment B were served on Robert Sims at Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, in San Francisco, CA, by Federal Express.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    Dec. 17, 2007
           *Date*

*Signature of Server*

Securities and Exchange Commission

*Address of Server*
44 Montgomery St., Suite 2600
San Francisco, CA  94104

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# ATTACHMENT A



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**SAN FRANCISCO REGIONAL OFFICE**
**44 Montgomery Street**
SUITE 2600
SAN FRANCISCO, CALIFORNIA 94104

DIRECT DIAL: (415) 705-8112
FAX NUMBER: (415) 705-2501

December 6, 2007

**VIA FEDERAL EXPRESS**

Robert Sims, Esq.
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA

    Re:   <u>SEC v. Carl W. Jasper</u>, C-07-6122 (HRL)

Dear Mr. Sims:

I have enclosed the Commission's complaint filed in the above-captioned action against your client, Mr. Carl Jasper. As we discussed on the telephone earlier today, I am providing the complaint and accompanying documents to you under our agreement that you will accept service by federal express on behalf of Mr. Jasper.

This letter also confirms our agreement to extend the date of Mr. Jasper's response to the complaint to January 28, 2007. Finally, this letter confirms that you will provide us notice as soon as possible whether or not you plan to answer or file a motion in response to our complaint and that, if you decide to file a motion, you will work with us on an acceptable briefing schedule.

Thank you. Please contact me at the above-listed telephone number if you have any questions.

Very truly yours,

Erin E. Schneider
Attorney, Division of Enforcement

cc:   Judith L. Anderson, Esq.
      Mark P. Fickes, Esq.

# ATTACHMENT B

SERVICE PACKAGE

Securities and Exchange Commission v. Carl. W. Jasper
Case No. CV-07-6122

Documents served:

1.    Summons

2.    Complaint

3.    Civil Cover Sheet

4.    Order Setting Initial Case Management Conference and ADR Guidelines

5.    Notice of Assignment of Case to a United States Magistrate Judge

6.    ECF Information Registration Handout

7.    Welcome to the United States District Court for the Northern District of
      California, Clerk's Office, San Jose Division