UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plainitff(s),<br><br>    v.<br><br>CARL W. JASPAR,<br><br>        Defendant(s).<br>_____/ | No.  C 07-06122 HRL<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 25, 2008, before the Honorable Judge Howard R. Lloyd has been continued to **March 31, 2008, at 10:00 a.m., before the Honorable Judge James Ware.** Parties are to appear in Courtroom 8, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a joint case management statement by March 21, 2008.

If the above-entitled matter settles, counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, to take this matter off calendar.

Dated:  December 28, 2007

Richard W. Wieking, Clerk
United States District Court

By: Snooki Puli
Deputy Clerk

cc: Intake