UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/7/08*

| | |
|---|---|
| **C 07-06121 RMW** | **Securities and Exchange Commission v. Maxim Integrated Products, Inc. Et al** |
| **C 07-06122 HRL** | **Securities and Exchange Commission v. Jasper** |

## ORDER

**The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.**

Dated: 1/7/08

*Ronald M. Whyte*

**Judge Ronald M. Whyte**

-1-

CERTIFICATE OF SERVICE

      I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 1/7/08    By: _____
Deputy Clerk

Copies to:    Courtroom Deputies   X
              Case Systems Administrators X
              Counsel of Record X
Entered into Assignment Program: _____(date)