1 | LATHAM & WATKINS LLP
2 | Steven M. Bauer (Bar No. 135067),
    steven.bauer@lw.com
    Robert E. Sims (Bar No. 116680),
3 | bob.sims@lw.com
    David M. Friedman (Bar No. 209214),
4 | david.friedman@lw.com
    Heather L. Thompson (Bar No. 246321),
5 | heather.thompson@lw.com
6 | 505 Montgomery Street, Suite 2000
    San Francisco, California 94111-2562
    Telephone: +415.391.0600
7 | Facsimile: +415.395.8095

8 | Attorneys for Defendant
    Carl W. Jasper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. CV. 07-6122 JW |
| Plaintiff, | STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING AND SETTING A BRIEFING SCHEDULE |
| v. | |
| CARL W. JASPER, | |
| Defendant. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME TO FILE RESPONSIVE
PLEADING AND SETTING A BRIEFING SCHEDULE
CASE NO. CV. 07-6122 JW

1  WHEREAS, Plaintiff Securities and Exchange Commission filed a Complaint
2  against Mr. Jasper on December 4, 2007 alleging violations of the Federal Securities Laws; and
3  WHEREAS, Plaintiff Securities and Exchange Commission filed an Amended
4  Complaint on December 21, 2007; and
5  WHEREAS the parties have agreed to extend the deadline for Mr. Jasper to file a
6  responsive pleading;
7  IT IS HEREBY STIPULATED by and between the parties hereto through their
8  respective attorneys of record that: (1) the time for Mr. Jasper to file a responsive pleading shall
9  be extended to January 28, 2008; (2) the deadline for Plaintiff's response to Mr. Jasper's
10 pleading is February 25, 2008; (3) the deadline for Mr. Jasper's reply is March 17, 2008; and (4)
11 a hearing date of March 31, 2008 at 9:00 a.m., subject to the Court's approval, is mutually
12 acceptable.

Dated: January 10, 2008    LATHAM & WATKINS LLP

By_____/s/_____
Heather L. Thompson
Attorneys for Defendant
Carl W. Jasper

Dated: January 10, 2008    SECURITIES AND EXCHANGE COMMISSION

By_____
Erin E. Schneider
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION EXTENDING TIME TO FILE RESPONSIVE
PLEADING AND SETTING A BRIEFING SCHEDULE
CASE NO. CV. 07-6122 JW