LATHAM & WATKINS LLP
Steven M. Bauer (Bar No. 135067),
steven.bauer@lw.com
Robert E. Sims (Bar No. 116680),
bob.sims@lw.com
David M. Friedman (Bar No. 209214),
david.friedman@lw.com
Heather L. Thompson (Bar No. 246321),
heather.thompson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: +415.391.0600
Facsimile: +415.395.8095

Attorneys for Defendant
Carl W. Jasper

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware
1/11/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>CARL W. JASPER,<br><br>            Defendant. | CASE NO. CV. 07-6122 JW<br><br>STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING AND SETTING A BRIEFING SCHEDULE |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME TO FILE RESPONSIVE
PLEADING AND SETTING A BRIEFING SCHEDULE
CASE NO. CV. 07-6122 JW

1  WHEREAS, Plaintiff Securities and Exchange Commission filed a Complaint
2  against Mr. Jasper on December 4, 2007 alleging violations of the Federal Securities Laws; and
3  WHEREAS, Plaintiff Securities and Exchange Commission filed an Amended
4  Complaint on December 21, 2007; and
5  WHEREAS the parties have agreed to extend the deadline for Mr. Jasper to file a
6  responsive pleading;
7  IT IS HEREBY STIPULATED by and between the parties hereto through their
8  respective attorneys of record that: (1) the time for Mr. Jasper to file a responsive pleading shall
9  be extended to January 28, 2008; (2) the deadline for Plaintiff's response to Mr. Jasper's
10 pleading is February 25, 2008; (3) the deadline for Mr. Jasper's reply is March 17, 2008; and (4)
11 a hearing date of March 31, 2008 at 9:00 a.m., subject to the Court's approval, is mutually
12 acceptable.

Dated: January 10, 2008                    LATHAM & WATKINS LLP


By_____/s/_____
       Heather L. Thompson
       Attorneys for Defendant
       Carl W. Jasper


Dated: January 10, 2008                    SECURITIES AND EXCHANGE COMMISSION


By_____
       Erin E. Schneider
       Attorney for Plaintiff
       SECURITIES AND EXCHANGE COMMISSION

**IT IS SO ORDERED:**

Due to the Court's unavailabilty on March 31, 2008 at 9:00 AM the hearing date is continued to April 7, 2008 at 9:00 AM. The parties are to adjust the briefing schedule accordingly.

Date: January 11, 2008                     _____
                                            United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION EXTENDING TIME TO FILE RESPONSIVE
PLEADING AND SETTING A BRIEFING SCHEDULE
CASE NO. CV. 07-6122 JW