1  LATHAM & WATKINS LLP
      Steven M. Bauer (Bar No. 135067),
2     steven.bauer@lw.com
      Robert E. Sims  (Bar No. 116680),
3     bob.sims@lw.com
      David M. Friedman (Bar No. 209214),
4     david.friedman@lw.com (Bar No. 230820)
      Risha N. Jamison
5     risha.jamison@lw.com
      Christopher W. Johnstone (Bar No. 242152),
6     christopher.johnstone@lw.com
      Heather Thompson (Bar No. 246321),
7     heather.thompson@lw.com
   505 Montgomery Street, Suite 2000
8  San Francisco, California  94111-2562
   Telephone:  +415.391.0600
9  Facsimile:  +415.395.8095

10 Attorneys for Defendant
   Carl W. Jasper
11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                         SAN JOSE DIVISION

15

16 SECURITIES AND EXCHANGE          CASE NO. CV. 07-6122 JW
   COMMISSION,
17                                  STIPULATION EXTENDING TIME TO FILE
                Plaintiff,
18
        v.
19
   CARL W. JASPER,
20
                Defendant.
21

1  WHEREAS the parties through their respective attorneys of record previously
2  stipulated to the following briefing schedule on Mr. Jasper's motion to dismiss: (1) the time for
3  Mr. Jasper to file a responsive pleading shall be extended to January 28, 2008; (2) the deadline
4  for Plaintiff's response to Mr. Jasper's pleading is February 25, 2008; (3) the deadline for Mr.
5  Jasper's reply is March 17, 2008; and (4) that a hearing date of March 31, 2008 at 9:00 a.m.,
6  subject to the Court's approval, is mutually acceptable.

7  WHEREAS, on January 11, 2008, this Court set the hearing date on Mr. Jasper's
8  motion to dismiss for April 7, 2008, and instructed the parties to modify the above referenced
9  briefing schedule accordingly, the parties, through their above referenced counsel, have agreed to
10 the following modifications: (1) the time for Mr. Jasper to file a responsive pleading shall be
11 extended to February 4, 2008; (2) the deadline for Plaintiff's response to Mr. Jasper's pleading is
12 March 3, 2008; (3) and the deadline for Mr. Jasper's reply is March 17, 2008.

Dated: January 25, 2008                    LATHAM & WATKINS LLP

                                           By     /S/
                                              David M. Friedman
                                              Attorneys for Defendant
                                              Carl W. Jasper

Dated: January 25, 2008                    SECURITIES AND EXCHANGE COMMISSION

                                           By     /S/ (with express authorization)
                                              Mark P. Fickes
                                              Attorney for Plaintiff
                                           SECURITIES AND EXCHANGE COMMISSION

                                           *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, David M. Friedman hereby attests that concurrence in the filing of this document has been obtained.*

1   PURSUANT TO STIPULATION, IT IS SO ORDERED:

2   Date: January __, 2008                    _____
                                              United States District Court Judge