UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　Plaintiff,<br>　v.<br>CARL W. JASPER,<br>　　　　　　　Defendant. | CASE NO. CV-07-6122(JW)<br><br>[PROPOSED] ORDER DISMISSING THE SECURITIES AND EXCHANGE COMMISSION'S AMENDED COMPLAINT |

After considering the pleadings, records, and papers on file in this action, and having read the briefs submitted by counsel and having heard oral argument, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that the Amended Complaint is dismissed with prejudice.

Dated _____, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. James Ware
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge