LATHAM & WATKINS LLP
    Steven M. Bauer (Bar No. 135067),
    steven.bauer@lw.com
    Robert E. Sims  (Bar No. 116680),
    bob.sims@lw.com
    David M. Friedman (Bar No. 209214),
    david.friedman@lw.com
    Risha N. Jamison (Bar No. 230820),
    risha.jamison@lw.com
    Christopher Johnstone (242152),
    christopher.johnstone@lw.com
    Heather L. Thompson (Bar No. 246321),
    heather.thompson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Attorneys for Defendant
Carl W. Jasper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>       v.<br><br>CARL W. JASPER,<br><br>              Defendant. | CASE NO. CV 07-6122 (JW)<br><br>CARL W. JASPER'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSON'S PURSUANT TO CIVIL L.R. 3-16 |

1         Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

2    than the named parties, no such interest is known.

3

4    Dated:  February 1, 2008                     Respectfully submitted,

5                                       LATHAM & WATKINS LLP

6                                        Steven M. Bauer
                                    Robert E. Sims

7                                        David F. Friedman
                                    Risha N. Jamison

8                                        Christopher Johnstone
                                    Heather L. Thompson

9

10                                 By         /s/        
                                  Risha N. Jamison

11                                   Attorneys for Defendant
                                Carl W. Jasper

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28