MARC J. FAGEL (Cal. Bar No. 154425)
JUDITH L. ANDERSON (Cal Bar No. 124281)
  andersonj@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
  (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARL W. JASPER,<br><br>　　　　Defendant. | Case No. CV 07-6122 JW<br><br>APPENDIX OF AUTHORITY NOT PUBLISHED IN OFFICIAL REPORTERS IN SUPPORT OF SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO MOTION TO DISMISS<br><br>Date: April 7, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 8, Fourth Floor<br>　　　　Hon. James Ware |

# APPENDIX OF UNPUBLISHED AUTHORITY

**Exhibit**

**CASE**

*Campbell v. PricewaterhouseCoopers*,
   No. CIV. S-06-2376 LKK GGH (E.D. Cal. Mar. 20,
   2007) (Karlton, J.), Slip op., 2007 WL 841694 ................................................................ A

*Lynx Ventures LP v. Canadian Imperial Bank of
   Commerce*,
   No. CV 99-07160 RSWL MANX (C.D. Cal. Apr. 18,
   2000) (Lew, J.) 2000 WL 33223384 ................................................................................. B

*SEC v. Alexander*,
   No. 06-CV-3844 NGG RER (E.D.N.Y. Sept. 26, 2007)
   (Garaufis, J.), -- F.Supp.2d. --, 2007 WL 2816195 ........................................................... C

*SEC v. Baxter*,
   No. C-05-03843 RMW (N.D. Cal. Jul. 11, 2007)
   (Whyte, J.), Slip op., 2007 WL 2013958 .......................................................................... D

*SEC v. Reyes*,
   No. C 06-04435 CRB (N.D. Cal. Feb. 21, 2008)
   (Breyer, J.), Slip op., 2008 WL 410614 ............................................................................ E

*SEC v. Yuen*,
   No. CV 03-4376 (C.D. Cal. Mar. 16, 2006)
   (Pfaelzer, J.) 2006 WL 1390828 ........................................................................................ F

*United States v. Reyes*,
   No. CR-06-0556 CRB (N.D. Cal. May 30, 2007)
   (Breyer, J.), Slip op., 2007 WL 1574540 ........................................................................... G