<strong>United States District Court</strong><br/>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff(s),<br><br>  v.<br><br>CARL W JASPER,<br><br>       Defendant(s).<br>_____/ | No. C 07-06122 JW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for March 31, 2008 at 10:00 AM before Judge James Ware has been reset to **April 7, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint Case Management Statement by **March 26, 2008.** The Motion to Dismiss Hearing remains on calendar before Judge James Ware for **April 7, 2008 at 9:00 AM.**

Dated: March 7, 2008

                                                FOR THE COURT,
                                                Richard W. Wieking, Clerk

                                                by: _____/s/_____
                                                    Elizabeth Garcia
                                                    Courtroom Deputy