# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                Plaintiff(s),<br><br>    v.<br><br>Jasper,<br><br>                Defendant(s). | 07-06122 JW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

    The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

    Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06122 JW                                                               -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: March 20, 2008

          RICHARD W. WIEKING
          Clerk
          by:   Timothy J. Smagacz

          /s/ Timothy Smagacz
          _____
          ADR Administrative Assistant
          415-522-4205
          Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-06122 JW          -2-

**PROOF OF SERVICE**

Case Name:      Securities and Exchange Commission v. Jasper

Case Number:    07-06122 JW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On March 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Marc J. Fagel
>   Securities and Exchange Commission
>   44 Montgomery Street
>   Suite 2600
>   San Francisco, CA 94104
>   fagelm@sec.gov
>
>   Judith L. Anderson
>   Securities & Exchange Commission
>   44 Montgomery Street
>   Suite 2600
>   San Francisco, CA 94104
>   andersonju@sec.gov
>
>   Mark Philip Fickes
>   U.S. Securities and Exchange Commission
>   44 Montgomery Street, #2600
>   San Francisco, CA 94104
>   fickesm@sec.gov
>
>   Erin E. Schneider

Securities & Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
schneidere@sec.gov

Heather Lynn Thompson
Latham and Watkins
505 Montgomery St
Suite 2000
San Francisco, CA 94111
heather.thompson@lw.com

David Michael Friedman
Latham & Watkins
505 Montgomery Street
Suite 2000
San Francisco, Ca 94111-2562
david.friedman@lw.com

Risha Nickelle Jamison
Attorney at Law
505 Montgomery
Suite 2000
San Francisco, CA 94111
risha.jamison@lw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2008 in San Francisco, California.

            RICHARD W. WIEKING
            Clerk
            by:    Timothy J. Smagacz

            */s/ Timothy Smagacz*
            _____
            ADR Administrative Assistant
            415-522-4205
            Tim_Smagacz@cand.uscourts.gov