LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Robert E. Sims (Bar No. 116680)
    bob.sims@lw.com
  David M. Friedman (Bar No. 209214)
    david.friedman@lw.com
  Risha N. Jamison (Bar No. 230820)
    risha.jamison@lw.com
  Christopher W. Johnstone (Bar No. 242621)
    christopher.johnstone@lw.com
  Heather L. Thompson (Bar No. 246321)
    heather.thompson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone:    415.391.0600
Facsimile:    415.395.8095

Attorneys for Defendant
CARL W. JASPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>CARL W. JASPER,<br><br>                    Defendant. | CASE NO. CV 07-6122 (JW)<br><br>**ADR CERTIFICATION BY DEFENDANT CARL W. JASPER AND COUNSEL**<br><br>Judge:      Hon. James Ware<br>Date:       April 7, 2008<br>Time:       9:00 a.m.<br>Courtroom: 8, Fourth Floor |

1    Pursuant to Civil L.R. 16-8 (b) and ADR L.R. 3-5 (b), each of the undersigned

2  certifies that he or she has:

3        (1)    Read the handbook entitled "*Dispute Resolution Procedures in the*

4  *Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.;

5        (2)    Discussed the available dispute resolution options provided by the Court

6  and private entities; and

7        (3)    Considered whether this case might benefit from any of the available

8  dispute resolution options.

9

10  Dated: March 20, 2008                    Respectfully submitted,

11                                           CARL W. JASPER

12                                           By _____/S/_____

13                                           Carl W. Jasper

14

15                                           LATHAM & WATKINS LLP
                                               Steven M. Bauer
16                                             Robert E. Sims
                                               David F. Friedman
17                                             Risha N. Jamison
                                               Heather L. Thompson
18

19                                           By _____/S/_____

20                                             David M. Friedman
                                               Attorneys for Carl W. Jasper
21                                             Carl W. Jasper

22

23

24

25

26

27

28