UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION

Plaintiff(s),

v.

CARL W. JASPER

Defendant(s).
_____/

CASE NO. CV 07 6122 JW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process

✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  April 7, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mark Fickes | Plaintiff | 415-705-8103 | fickesm@sec.gov |
| David Friedman | Defendant | 415-395-8238 | david.friedman@lw.com |
| Risha Jamison | Defendant | 415-395-8070 | risha.jamison@lw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/20/08

/s/ Mark P. Fickes
Attorney for Plaintiff

Dated: 3/20/08

/s/ Risha N. Jamison
Attorney for Defendant

Rev 12.05