MARC J. FAGEL (Cal. Bar No. 154425)
fagelm@sec.gov
MARK P. FICKES (Cal Bar No. 178570)
fickesm@sec.gov
ROBERT L. TASHJIAN (Cal Bar No. 191007)
tashjianr@sec.gov
ERIN E. SCHNEIDER (Cal Bar No. 216114)
schneidere@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 07-6122 JW |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE OF COUNSEL |
| CARL W. JASPER | |
| Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel is appearing on behalf of plaintiff Securities and Exchange Commission in the above-captioned action:

Robert L. Tashjian
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104

Mr. Tashjian's direct dial telephone number is (415) 705-1101. Communications to Plaintiff Securities and Exchange Commission in this action should be directed to Mr. Tashjian's attention.

Respectfully submitted,

Dated: May 28, 2008

/s/ Robert L. Tashjian
Robert L. Tashjian
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

NOTICE OF APPEARANCE OF COUNSEL
CV 07-6122 JW

2