IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Securities and Exchange Commission, | NO. C 07-06122 JW |
|         Plaintiff,    v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING SECOND INTERIM CONFERENCE** |
| Carl W. Jasper, | |
|         Defendant. | |

On March 16, 2009, the parties are scheduled to appear for an Interim Case Management Conference. The parties timely submitted a Joint Status Report. (Docket Item No. 46.) In their Status Report, the parties represent that this litigation is proceeding on schedule. Accordingly, the Court VACATES the March 16 Case Management Conference as the parties are working in good faith to comply with the Court's November 13, 2009 Scheduling Order.

The Court sets a second Interim Status Conference for **June 29, 2009 at 10 a.m.** On or before **June 19, 2009**, the parties shall file a Joint Status Report updating the Court on the parties' discovery progress and whether the parties are ready to set trial at the July 20, 2009 Preliminary Pretrial Conference.

Dated: March 12, 2009

                                                         JAMES WARE
                                                         United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher William Johnstone chris.johnstone@lw.com
David Michael Friedman david.friedman@lw.com
Erin E. Schneider schneidere@sec.gov
Heather Lynn Thompson heather.thompson@lw.com
Judith L. Anderson andersonju@sec.gov
Marc J. Fagel fagelm@sec.gov
Mark Philip Fickes fickesm@sec.gov
Risha Nickelle Jamison risha.jamison@lw.com
Robert Lootfi Tashjian tashjianr@sec.gov
Steven Bauer steve.bauer@lw.com

**Dated: March 12, 2009**  **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California