1  LATHAM & WATKINS LLP
   Steven M. Bauer (Bar No. 135067),
2     steven.bauer@lw.com
   Robert E. Sims  (Bar No. 116680),
3     bob.sims@lw.com
   David M. Friedman (Bar No. 209214),
4     david.friedman@lw.com (Bar No. 230820)
   Risha N. Jamison
5     risha.jamison@lw.com
   Christopher W. Johnstone (Bar No. 242152),
6     christopher.johnstone@lw.com
   Heather Thompson (Bar No. 246321),
7     heather.thompson@lw.com
505 Montgomery Street, Suite 2000
8  San Francisco, California  94111-2562
Telephone:  +415.391.0600
9  Facsimile:  +415.395.8095

10  Attorneys for Defendant
Carl W. Jasper

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CARL W. JASPER, <br><br> Defendant. | CASE NO. CV 07-6122 (JW) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY PLAN |

WHEREAS, as discussed in the parties' June 29, 2009 CMC statement, certain important deponents have decided to no longer assert their rights under the 5th Amendment; and

WHEREAS due to scheduling difficulties, these depositions will now occur just prior to or after initial expert reports are due;

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY PLAN
1

1   WHEREAS, the parties have agreed to an extension of certain deadlines related to
2   discovery and the exchange of information between the parties;
3   WHEREAS, the current schedule calls for objections to experts to be filed prior to the
4   close of discovery;
5   WHEREAS, the parties believe additional time is necessary to prepare rebuttal expert
6   reports; and
7   WHEREAS, the parties still anticipate a trial date in February 2010 despite the stipulated
8   changes below.
9   IT IS HEREBY STIPULATED AND AGREED THAT:
10  1.  The last day to exchange initial expert reports shall be August 20, 2009.
11  2.  The last day to exchange rebuttal expert reports shall be September 10, 2009.
12  3.  The last day to file motions regarding objections to experts shall be October 15,
13      2009.
14  4.  The last day to hear motions regarding objections to experts shall be
15      **November 16, 2009 at 9 a.m.**
16  5.  The close of all discovery shall be October 1, 2009.
17  6.  The last day to file dispositive motions shall be November 5, 2009.
18  7.  The last day to hear dispositive motions shall be **December 14, 2009 at 9 a.m.**
19
20  Any other deadline calculated from, or which depends upon, the occurrence of any event
21  listed above shall be calculated using these agreed-upon dates, pursuant to the Federal Rules of
22  Civil Procedure.
23
24  DATED:  June 23, 2009              Respectfully Submitted,
25
26                                      /s/ Mark P. Fickes
                                        Mark P. Fickes
27                                      Erin E. Schneider
                                        Attorneys for Plaintiff
28                                      SECURITIES AND EXCHANGE COMMISSION

          /s/ Risha N. Jamison
Steven M. Bauer
Robert E. Sims
David M. Friedman
Risha N. Jamison
Attorneys for Defendant
CARL W. JASPER

## ORDER

PURSUANT TO STIPULATION.  IT IS SO ORDERED  AS MODIFIED.
In light of this Order, the Court VACATES the June 29, 2009 Second Interim Conference.

DATED: June 25, 2009

_____
Hon. James Ware
United States District Judge