**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 SOUTH FLOWER STREET
LOS ANGELES, CA 90071-2300
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

*E-FILED 7/30/2009*

Pamela L. Johnston, Bar No. 132558
    pjohnston@foley.com
Jaime Guerrero, Bar No. 192211
    jguerrero@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, FLOOR 6
SAN FRANCISCO, CA 94111
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

Bill J. Symes, Bar No. 257903
    bsymes@foley.com

ATTORNEYS FOR NON-PARTY DEPONENT SANDY WONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>CARL W. JASPER,<br><br>            DEFENDANT. | No. CV 07 6122 JW-HRL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR NON-PARTY DEPONENT SANDY WONG TO REVIEW AND CORRECT HER DEPOSITION TRANSCRIPT TO AUGUST 6, 2009**<br><br>COMPLAINT FILED: DECEMBER 4, 2009 |

Pursuant to Federal Rule of Civil Procedure 29(b), Non-Party Deponent Sandy Wong ("Ms. Wong"), Plaintiff Securities and Exchange Commission ("SEC"), and Defendant Carl W. Jasper ("Mr. Jasper") (collectively referred to as "Parties") hereby stipulate and respectfully request that the deadline for Ms. Wong to make corrections to her May 26, 2009 deposition transcript in the above-captioned matter be extended from **July 16, 2009** to **August 6, 2009**.  The circumstances giving rise to this Joint Stipulation are as follows:

1. On May 26, 2009, the SEC deposed Ms. Wong in the above-captioned matter.

2. On June 16, 2009, counsel for Ms. Wong received the certified original transcript of her May 26, 2009 deposition for review and certification.

3. Pursuant to Rule 30(e)(1) of the Federal Rules of Civil Procedure, the deadline for Ms. Wong to review and make any necessary corrections to her May 26, 2009 deposition transcript was July 16, 2009.

4. As of the date of this Joint Stipulation, Ms. Wong is in Hong Kong, China.  Given the distance and time difference between Hong Kong and California, counsel for Ms. Wong has requested additional time for Ms. Wong to review and make any necessary corrections to her May 26, 2009 deposition transcript.

5. The Parties have agreed to extend the deadline for Ms. Wong to review and make corrections to her May 26, 2009 deposition transcript from July 16, 2009 to August 6, 2009.

6. There have not been any previous time modifications with respect to Ms. Wong's deadline to review and make changes to her May 26, 2009 deposition transcript.

7. The requested time modification will have little or no effect on the schedule for the above-captioned case.

Accordingly, the Parties hereby stipulate and respectfully request that the deadline for Ms. Wong to review and make any necessary corrections to her May 26, 2009 deposition transcript in the above-captioned matter be extended from **July 16, 2009** to **August 6, 2009**.

///

///

///

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR DEPONENT SANDY WONG TO REVIEW AND CORRECT HER DEPOSITION TRANSCRIPT
CASE NO.:  CV 07 6122 JW-HRL

SFCA_1593806.1

**IT IS SO STIPULATED**.

DATE: July 29, 2009                    SECURITIES AND EXCHANGE COMMISSION
                                       Mark P. Fickes
                                       Robert L. Tashjian


                                       By:     /s/ Mark P. Fickes
                                                Mark P. Fickes
                                                Attorneys for Plaintiff
                                                Securities and Exhange Commission


DATE: July 29, 2009                    LATHAM & WATKINS
                                       Robert E. Sims


                                       By:     /s/ Robert E. Sims
                                                Robert E. Sims
                                                Attorneys for Defendant
                                                Carl Jasper


DATE: July 29, 2009                    FOLEY & LARDNER LLP
                                       Pamela L. Johnston
                                       Jaime Guerrero
                                       Bill J. Symes


                                       By:     /s/ Bill J. Symes
                                                Bill J. Symes
                                                Attorneys for Non-Party Deponent
                                                Sandy Wong

## ATTESTATION REGARDING SIGNATURES

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

[PROPOSED] ORDER

Pursuant to the above-stated Joint Stipulation, the deadline for Ms. Wong to review and make any necessary corrections to her May 26, 2009 deposition transcript in the above-captioned matter is extended from **July 16, 2009** to **August 6, 2009**.

**IT IS SO ORDERED.**

DATE:   July 30, 2009

By: _____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE