LATHAM & WATKINS LLP
Steven M. Bauer (Bar No. 135067),
steven.bauer@lw.com
Robert E. Sims  (Bar No. 116680),
bob.sims@lw.com
David M. Friedman (Bar No. 209214),
david.friedman@lw.com (Bar No. 230820)
Risha N. Jamison
risha.jamison@lw.com
Christopher W. Johnstone (Bar No. 242152),
christopher.johnstone@lw.com
Heather Thompson (Bar No. 246321),
heather.thompson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  +415.391.0600
Facsimile:  +415.395.8095

Attorneys for Defendant
Carl W. Jasper

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARL W. JASPER,<br><br>　　　　　Defendant. | CASE NO. CV. 07-6122 JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY PLAN;<br><br>**CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

1   WHEREAS, the parties wish to make minor changes to the discovery schedule to
2 allow for additional time to prepare expert rebuttal reports and complete discovery;
3   WHEREAS the parties currently have a Preliminary Pre-Trial Conference
4 Statement due on August 21, 2009 and a pre-trial conference scheduled for August 31, 2009;
5   WHEREAS, the parties believe the pre-trial conference will be more useful after
6 the completion of discovery
7   IT IS HEREBY STIPULATED by and between the parties hereto through their
8 respective attorneys that:
9   1. The Preliminary Pre-Trial Conference Statement shall be filed on October 9,
10     2009.
11  2. The Preliminary Pre-Trial Conference shall be held on October 19, 2009 at
12     11:00 a.m.
13  3. The last day to exchange rebuttal expert reports shall be September 24, 2009
14  4. The close of all discovery shall be October 15, 2009.
15  5. The last day for *hearing* motions regarding **objections to experts** and any
16     **dispositive motions** is set for N**ovember 9, 2009 at 9 a.m**
17
18   Any other deadline calculated from, or which depends upon, the occurrence of
19 any event listed above shall be calculated using these agreed-upon dates, pursuant to the Federal
20 Rules of Civil Procedure.
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: August 20, 2009 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By  /S/ |
| 4 | | Christopher W. Johnstone<br>Attorneys for Defendant |
| 5 | | Carl W. Jasper |
| 6 | Dated: August 20, 2009 | SECURITIES AND EXCHANGE COMMISSION |
| 7 | | |
| 8 | | By  /S/ (with express authorization)<br>Mark P. Fickes |
| 9 | | Attorney for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, David M. Friedman hereby attests that concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED **AS MODIFIED.**

Date: August  26 , 2009     _/s/ James Ware_
                             United States District Court Judge