IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Securities and Exchange Commission,<br><br>        Plaintiff,<br>   v.<br><br>Carl W. Jasper,<br><br>        Defendant. | NO. C 07-06122 JW<br><br>**ORDER SETTING POST-TRIAL CASE MANAGEMENT CONFERENCE** |

    On **May 24, 2010 at 10 a.m**, the parties shall appear for a Post-Trial Case Management Conference. On or before **May 14, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' proposed schedules on how the case should proceed post-trial, particularly the remedy and injunctive phrase.

Dated: May 5, 2010

                                        JAMES WARE<br>                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bill James Symes bsymes@foley.com
Christopher William Johnstone chris.johnstone@lw.com
Danielle Andrea Lackey danielle.lackey@lw.com
David Michael Friedman david.friedman@lw.com
Erin E. Schneider schneidere@sec.gov
Heather Lynn Thompson heather.thompson@lw.com
Judith L. Anderson andersonju@sec.gov
Marc J. Fagel fagelm@sec.gov
Margaret Tough margaret.tough@lw.com
Mark Philip Fickes fickesm@sec.gov
Risha Nickelle Jamison risha.jamison@lw.com
Robert Lootfi Tashjian tashjianr@sec.gov
Robert S. Leach leachr@sec.gov
Steven Mark Bauer steve.bauer@lw.com
Susan F. LaMarca lamarcas@sec.gov

**Dated:  May 5, 2010**                                **Richard W. Wieking, Clerk**

                                                        **By:    /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**