LATHAM & WATKINS LLP
   Steven M. Bauer (Bar No. 135067)
      steven.bauer@lw.com
   Robert E. Sims (Bar No. 116680)
      bob.sims@lw.com
   Margaret A. Tough (Bar No. 218056)
      margaret.tough@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415.391.0600
Facsimile:  415.395.8095

Attorneys for Defendant
CARL W. JASPER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>CARL W. JASPER,<br><br>        Defendant. | CASE NO. CV. 07-6122 JW<br><br>STIPULATION AND [PROPOSED] ORDER |

1  WHEREAS, on May 20, 2010, the Court ordered that post-trial motions be filed
2  by June 1, 2010 (Docket # 252);

3  WHEREAS, on May 26, 2010, the parties were notified that the Court's ECF
4  system will be off-line between 5 p.m. on June 1 and 5:00 a.m. on June 2, 2010;

5  WHEREAS the parties wish to have the full day of June 1 to prepare their motion
6  papers;

7  IT IS HEREBY STIPULATED by and between the parties hereto through their
8  respective attorneys that their post-trial motions will be filed by ECF no later than noon on
9  Wednesday, June 2, 2010, and that chambers copies will be delivered that same day.

11  Dated:  May 28, 2010                              /s/
                                                Margaret A. Tough
12                                              LATHAM & WATKINS LLP
                                                Attorneys for Defendant Carl W. Jasper

14
15  Dated:  May 28, 2010                              /s/
                                                Mark P. Fickes
                                                Attorneys for Plaintiff
16                                              SECURITIES AND EXCHANGE COMMISSION

17  *Filer's Attestation:  Pursuant to General Order No.
18  45, Section X(B) regarding signatures, Margaret A.
    Tough hereby attests that concurrence in the filing
19  of this document has been obtained.*

20  PURSUANT TO STIPULATION, IT IS SO ORDERED:

22  Date: May __28__, 2010                    /s/ James Ware
23                                            United States District Court Judge